UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREWER, ATTORNEYS & COUNSELORS, | § § § § |
| Plaintiff, | §  Case No. 1:19-mc-00250 |
| v. | § § |
| REED SMITH LLP and PETER RAYMOND, | § § |
| Defendants. | § § § |

## NOTICE OF MOTION TO QUASH SUBPOENA

**PLEASE TAKE NOTICE** that, upon the Declaration of Michael J. Collins, dated May 9, 2019, together with the exhibits attached thereto, and the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Plaintiff Brewer Attorneys & Counsels ("BAC"), pursuant to Federal Rule Civil Procedure 45(d)(3), moves this Court, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be set by the Court, for an Order: (1) quashing the subpoena issued by Reed Smith LLP and Peter Raymond, and (2) granting all such other relief the Court deems proper.

Dated: May 9, 2019

Respectfully submitted,

By:  /s/ *Michael Collins*
Michael J. Collins (Bar No. 3971348)
mjc@brewerattorneys.com
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2019, a true and correct copy of Plaintiff Brewer Attorneys & Counselors' Motion to Quash Subpoena was served via electronic means on the following counsel of record:

>Drew Alan Hillier
>90 State House Square
>Hartford, CT 06103
>860.275.8100
>dhillier@axinn.com

By: _____
Maxwell D. Herman

4841-0078-2998.1
0500-02