UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BREWER, ATTORNEYS & COUNSELORS,
                            Petitioner,

  -against-

REED SMITH LLP and PETER D. RAYMOND,
                            Defendants.
------------------------------------------------------------x

19-mc-00250 (PKC)

ORDER

CASTEL, U.S.D.J.

       This case, a motion to quash a subpoena, was opened on May 9, 2019.  (ECF 1.)  On August 7, 2019, plaintiff withdrew its motion to quash the subpoena without prejudice, to which defendants consented.  (ECF 19.)   No filings have been made thereafter.  The Clerk of Court is respectfully requested to close the case.

       SO ORDERED.

                                P. Kevin Castel
                            United States District Judge

Dated: New York, New York
       April 9, 2024